UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV 2:19-3316-SVW(MRWx) |
|---|---|
| Plaintiff, | ORDER RE CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| $92,516.00 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff, the United States of America ("the government or Plaintiff"), and potential claimant Weichao Laing ("Claimant") have made a stipulated request for the entry of this Consent Judgment.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant has filed a claim and an answer. The

1. government has not received any other claims or answers, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties and the Defendant $92,516.00 in U.S. currency (the "Defendant Currency"). Claimant has agreed to the forfeiture of $46,258.00 of the Defendant Currency. Any potential claimants to the Defendant Currency other than Claimant are deemed to have admitted the allegations of the complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Currency.

2. $46,258.00 of the Defendant Currency, without interest, shall be returned to Claimant through his counsel no later than sixty days after the date the Judgment is entered, or the date Claimant provides the information described below, whichever is later.

3. If the government elects to make the payment of the $46,258.00 by check, the check shall be payable to "The Benson Lee & Associates Client Trust Account," and mailed to Claimant in care of his attorney, Mr. Benson Lee, Benson Lee & Associates, 1820 East Sahara Avenue, Suite 110, Las Vegas, NV 89104. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to The Benson Lee & Associates Client Trust Account. Upon request from the government, Claimant shall provide any personal identifiers and necessary bank account information to complete the transfer.

1     4. The remaining $46,258.00 of the Defendant Currency,
2 together with all interest earned by the government on the total
3 amount of Defendant Currency, is hereby forfeited to the
4 government, and no other right, title, or interest shall exist
5 therein. The government shall dispose of the forfeited property
6 in accordance with law.
7     5. The Court finds that there was reasonable cause for the
8 seizure of the Defendant Currency and the institution of this
9 action. This judgment constitutes a certificate of reasonable
10 cause pursuant to 28 U.S.C. § 2465.
11 / / /
12
13 / / /
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.   Each of the parties shall bear its own fees and costs incurred in connection with this action.

         IT IS SO ORDERED.

Dated: January 31, 2020

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE


Prepared by:


NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA